The Court approves settlement and enters this case dismissed with prejudice 9/10/2020. The Court retains jurisdiction to enforce terms of the settlement.

s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| Vince Montemarano, *On behalf of himself and those similarly situated*, Plaintiff, v. Master Group Enterprises, LLC, *et al.*, Defendants. | Case No. 1:19-cv-2387  Judge James Gwin |

### UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff asks that the grant final approval of the parties' Settlement Agreement, attached as Exhibit 1, order the parties to carry out the terms of the Settlement Agreement, and dismiss the case with prejudice. The Settlement Agreement resolves the opt-in Class Members' claims for mileage under-reimbursement, dual jobs, and tip credit claims under the Fair Labor Standards Act and Ohio wage and hour law.

Respectfully Submitted,

*/s/ Phil Krzeski*
Andrew R. Biller (0081452)
BILLER & KIMBLE, LLC
4200 Regent Street, Suite 200
Columbus, OH 43219
Telephone: (614) 604-8759
Facsimile: (614) 340-4620
abiller@billerkimble.com

Andrew P. Kimble (0093172)